UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO JOSE RUIZ,　　　　　　　　　　　　　　　　　　JUDGMENT
a.k.a Jose Ricardo Ruiz,　　　　　　　　　　　　　　　　　07-CV- 2615 (JG)

　　　　　　　　　　　　Petitioner,

　-against-


U.S. DEPARTMENT OF HOMELAND
SECURITY, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,


　　　　　　　　　　　　Respondents.
-----------------------------------------------------------------X
JOSE RICARDO RUIZ,
a.k.a Ricardo Jose Ruiz,

　　　　　　　　　　　　Petitioner,

　-against-　　　　　　　　　　　　　　　　　　　　　　　07-CV- 5173 (JG)


U.S. DEPARTMENT OF HOMELAND
SECURITY, U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT,


　　　　　　　　　　　　Respondents.
-----------------------------------------------------------------X

　　　　A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 1, 2008, denying the petition for a writ of habeas corpus; and ordering that no Certificate of Appealability shall issue; it is

JUDGMENT
07-CV- 2615 (JG)
07-CV- 5173 (JG)

ORDERED and ADJUDGED that petitioner take nothing of the respondents; that the petition for a writ of habeas corpus is denied; and that no Certificate of Appealability shall issue.

Dated: Brooklyn, New York
April 01, 2008

Robert C. Heinemann
Clerk of Court

By: s/ TV
Terry Vaughn
Chief Deputy of
Court Operations